IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GILYARD**, *et al.* | : CIVIL ACTION |
| | : |
| v. | : NO. 16-2986 |
| | : |
| **DUSAK**, *et al.* | : |

## ORDER

**AND NOW**, this 4th day of October 2016, following this Court's rule to show cause (ECF Doc. No. 12) whether Plaintiffs can proceed against former Philadelphia Police Commissioner Richard Neal in his official capacity only, upon consideration of Plaintiffs' Response (ECF Doc. No. 17), under our inherent authority to dismiss duplicative claims, and for reasons in the accompanying Memorandum, it is **ORDERED** former Commissioner Richard Neal is **DISMISSED** as Plaintiffs' only remaining claim against him is redundant given their supervisory liability claim against the City of Philadelphia.

KEARNEY, J.