IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EUGENE GILYARD, *et al* | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 16-2986 |
| | : | |
| DETECTIVE DENNIS DUSAK, *et al* | : | |

## ORDER

**AND NOW**, this 8th day of May 2018, upon considering Defendants' Motion for partial judgment on the pleadings (ECF Doc. No. 113), Plaintiffs' Oppositions (ECF Doc. Nos. 140, 141), Defendants' Reply (ECF Doc. No. 142), following oral argument and for reasons in the accompanying memorandum, it is **ORDERED** Defendants' Motion (ECF Doc. No. 113) for partial judgment on the pleadings is **GRANTED** and we **dismiss** Plaintiffs' claims under the Fifth and Fourteenth Amendments as well as any claims for *Monell* supervisory liability against the City based on any theory **other** than challenging the Philadelphia Police's policy, training and supervising of officers' obligations to include exculpatory evidence in affidavits of probable cause.

KEARNEY, J.