IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EUGENE GILYARD**, *et al* | : CIVIL ACTION |
| | : |
| v. | : NO. 16-2986 |
| | : |
| **DETECTIVE DENNIS DUSAK**, *et al* | : |

## ORDER

**AND NOW**, this 15th day of June 2018, upon considering Plaintiffs' Motion for reconsideration (ECF Doc. No. 151), Defendants' Response (ECF Doc. No. 154), Plaintiffs' Reply (ECF Doc. No. 155), Defendants' Sur-Reply (ECF Doc. No. 158), and for the reasons in the accompanying Memorandum, it is **ORDERED** Plaintiffs' Motion (ECF Doc. No. 151) is **GRANTED in part** and **DENIED in part**:

1. Plaintiffs' Motion is **granted** to proceed to trial solely on a Fourth Amendment malicious prosecution claim and Fourteenth Amendment fabrication of evidence claim against Defendants Dusak and Benham and a *Monell* claim against Defendant City of Philadelphia challenging the policy, training, and supervising of detectives' obligations to include exculpatory evidence in affidavits of probable cause;

2. Plaintiffs' Motion is otherwise **denied**; and,

3. The parties shall file supplemental suggested jury instructions and proposed verdict slip in accord with our accompanying Memorandum **on or before June 29, 2018**.

_____
KEARNEY, J.